DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
visosky@guamlawoffice.com

Attorneys for Defendant
InterPacific Resorts Corporation dba Pacific Islands Club

FILED
DISTRICT COURT OF GUAM
DEC - 1 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| LUIS S.N. REYES,<br><br>       Plaintiff,<br><br>vs.<br><br>INTERPACIFIC RESORTS<br>CORPORATION dba PACIFIC ISLANDS<br>CLUB and DOES I THROUGH 10,<br>INCLUSIVE,<br>       Defendants. | CIVIL CASE NO. CIV 01-00048<br><br>**COMPLIANCE REPORT and REQUEST FOR ADDITIONAL TIME TO COMPLETE RENOVATIONS** |

Pursuant to the Judgment filed in this matter on September 5, 2002, and the Stipulation for Dismissal and Order (with Settlement Agreement attached), filed September 4, 2002, Defendant InterPacific Resorts Corporation dba Pacific Islands Club (PIC) submits this Compliance Report concerning PIC's progress on the renovations required under the Settlement Agreement.

PIC has completed the renovations listed as Items 1 through 6 in the Settlement Agreement. Item 7.02, "Final Signage" and Item 7.03, "Map of Accessible Features of the Hotel" were to have been completed by December of 2005. However, due to problems with PIC's sign company, these items will not be complete until January of 2006. As a result, PIC

**ORIGINAL**

requests a two (3) month extension, through February of 2006, in order to complete these final two (2) items under the Settlement Agreement.

Absent an objection from Plaintiff, PIC submits that no other hearing on this Compliance Report is necessary. PIC will submit its final Compliance Report no later than February 28, 2006, pending Court approval of the request for additional time.

Dated: December 1, 2005.

DOOLEY ROBERTS & FOWLER LLP

By: _____
JON A. VISOSKY
Attorneys for Defendant
InterPacific Resorts Corporation dba
Pacific Islands Club

## CERTIFICATE OF SERVICE

I, Jon A. Visosky, declare that on December 1, 2005, I caused a copy of this Compliance Report to be served upon Mark Edward Williams, Esq., attorney for Plaintiff Luis S.N. Reyes via hand delivery.

Executed December 1, 2005.

_____
JON A. VISOSKY

F:\I\05 Civil\I136.06 PIC-Reyes\Status Report 2005-12.doc