ORIGINAL

FILED

DISTRICT COURT OF GUAM

DEC - 7 2005

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LUIS S.N. REYES, | Civil Case No. 01-00048 |
| Plaintiff, | |
| vs. | **ORDER RE: REQUEST FOR ADDITIONAL TIME TO COMPLETE RENOVATIONS** |
| HOTEL SERVICE CORPORATION, d.b.a., PACIFIC ISLANDS CLUB, et al., | |
| Defendants. | |

The Court has before it the Defendants' Request for Additional Time to Complete Renovations. Therein, the defendants request a two-month extension to complete the renovations of two (2) remaining items under the Settlement Agreement. The Court finds there is a good faith basis for the request and it is not intended to frustrate the completion of the renovations as set forth in the Settlement Agreement. Accordingly, the **REQUEST** is granted and defendants shall have until February 28, 2006 to submit its Final Compliance Report.

SO ORDERED this 7th day of December, 2005.

_____
**D. LOWELL JENSEN***
United States Senior District Judge

---

*The Honorable D. Lowell Jensen, United States Senior District Judge for Northern District of California, by designation.