# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

Luis S.N. Reyes,

          Plaintiff,

      vs.

Interpacific Resorts Corporation d.b.a.
Pacific Islands Club, et al.,

          Defendants.

Case No. 1:01-cv-00048

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the *Order Granting Request for Additional Time to Complete Renovations filed December 7, 2005, o*n the dates indicated below:

*Mark E. Williams*           *Dooley Roberts & Fowler LLP*
*December 15, 2005*         *December 8, 2005*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

***Order Granting Request for Additional Time to Complete Renovations filed December 7, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 15, 2005            /s/ Virginia T. Kilgore
                                  Deputy Clerk