DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
visosky@guamlawoffice.com

Attorneys for Defendant
InterPacific Resorts Corporation dba Pacific Islands Club



**FILED**
DISTRICT COURT OF GUAM
MAR 17 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| LUIS S.N. REYES, <br><br> Plaintiff, <br><br> vs. <br><br> INTERPACIFIC RESORTS CORPORATION dba PACIFIC ISLANDS CLUB and DOES I THROUGH 10, INCLUSIVE, <br><br> Defendants. | CIVIL CASE NO. CIV 01-00048 <br><br><br> **FINAL COMPLIANCE REPORT** |

Pursuant to the Judgment filed in this matter on September 5, 2002, and the Stipulation for Dismissal and Order (with Settlement Agreement attached), filed September 4, 2002, Defendant InterPacific Resorts Corporation dba Pacific Islands Club (PIC) submits this Final Compliance Report concerning PIC's progress on the renovations required under the Settlement Agreement.

PIC previously completed the renovations listed as Items 1 through 6 in the Settlement Agreement. Items 7.02, "Final Signage" and 7.03, "Map of Accessible Features of the Hotel" have also been completed.

Absent an objection from Plaintiff, PIC submits that no other hearing or Compliance Reports are necessary in this matter. Because a Stipulation for Dismissal and Order was filed

**ORIGINAL**

Luis S.N. Reyes v. Pacific Islands Club
Civil Case No. CIV 01-00048
Compliance Report

September 4, 2002, and because this Court continued to retain jurisdiction of this matter for purposes of monitoring renovations under the settlement, PIC also submits that no further order or action from the Court is necessary to conclude this matter.

Dated: March 17, 2006.           DOOLEY ROBERTS & FOWLER LLP

By: _____
JON A. VISOSKY
Attorneys for Defendant
InterPacific Resorts Corporation dba
Pacific Islands Club

## CERTIFICATE OF SERVICE

I, Jon A. Visosky, declare that on March 17, 2006, I caused a copy of this Final Compliance Report to be served upon Mark Edward Williams, Esq., attorney for Plaintiff Luis S.N. Reyes, via hand delivery.

Executed March 17, 2006.

_____
JON A. VISOSKY

F:\1\05 Civil\1136.06 PIC-Reyes\Status Report 2006-03.doc

2

Case 1:01-cv-00048   Document 22   Filed 03/17/2006   Page 2 of 2